DC

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

Robert KLEIN - pro-se

_(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

-against-

Brookhaven Health Care Facility (BHCF)
The McGuire Group - (TMG)

_(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

**Complaint for Employment Discrimination**

Case No. **CV17 4841**

_(to be filled in by the Clerk's Office)_

Jury Trial: ☑ Yes ☐ No
_(check one)_

SEYBERT, J.

RECEIVED
TOMLINSON, M.J.
AUG 1 7 2017

EDNY PRO SE OFFICE

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 17 2017 ★

LONG ISLAND OFFICE

Page 1 of 9

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                   Robert Klein
Street Address         535 Brittany Road - PO Box 1512
City and County        Westcliffe                    Custer
State and Zip Code      Colorado          81252
Telephone Number       (631) 921·2654
E-mail Address         midmvg 3266@gmail.com

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name                   Brookhaven Health Care Facility (BHCF)
Job or Title           The McGuire Group (TMG)
(if known)
Street Address         801 Gazzola Drive
City and County        East Patchogue · Suffolk
State and Zip Code     New York    11772
Telephone Number       (631) 447· 8800
E-mail Address
(if known)

Defendant No. 2

Name
Job or Title
(if known)
Street Address
City and County

Page 2 of 9

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

### C.  Place of Employment

The address at which I sought employment or was employed by the defendant(s) is:

Name _____ Brookhaven Health Care Facility _____

Street Address _____ 801 Gazzola Drive _____

City and County _____ East Patchogue - Suffolk _____

State and Zip Code _____ New York   11772 _____

Telephone Number _____ (631) 447- 8800 _____

### II.  Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

Page 3 of 9

☑ Other federal law *(specify the federal law)*:

USC 621, 623

☑ Relevant state law *(specify, if known)*: NY Labor Laws - , public Health Law
195 296 460, 704 740, 741, 876, 880, 2803, Art 15-NY Exec Law
(HR Law) 2010 NYC VAT Title 7-

☑ Relevant city or county law *(specify, if known)*: Art. 32∂, 200

UFC Chapter 8.55

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. (All contained in complaint filed with NYSDOL, NYSDHR, & EEOC)
(and enclosed)

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.

☑ Termination of my employment.

☐ Failure to promote me.

☐ Failure to accommodate my disability.

☑ Unequal terms and conditions of my employment.

☐ Retaliation.

☑ Other acts *(specify)*: Discrimination, Retaliation

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

7 SEP 2016

Page 4 of 9

C.    I believe that defendant(s) *(check one)*:

    ☐    is/are still committing these acts against me.

    ☑    is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

    ☐    race _____

    ☐    color_____

    ☐    gender/sex _____

    ☐    religion _____

    ☐    national origin _____

    ☑    age. My year of birth is __1951__. *(Give your year of birth only if you are asserting a claim of age discrimination.)*

    ☐    disability or perceived disability *(specify disability)*

_____

E.    The facts of my case are as follows.  Attach additional pages if needed.

Attached charges made to the NYSDHR and the EEOC, and NYSDOL (enclosed)

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

Page 5 of 9

IV.    **Exhaustion of Federal Administrative Remedies**

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

_____

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)*

_____22 MAY 2017_____

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☑    60 days or more have elapsed.

☐    less than 60 days have elapsed.

V.    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

My reputation has been damaged as a result. Facility needs to make an announcement to all employees that I have been reinstated and I have been wronged for termination. The Administrator and those involved in bringing wrong to me should be terminated or counseled & reprimanded.

All back pay and allowances should be satisfied.

Any damages due.    Inservice classes to recognize and address retaliation and discrimination.

Formal letter of apology

Page 6 of 9

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: __13 AuG, 20_17_

Signature of Plaintiff    _____

Printed Name of Plaintiff    _Robert Klein_____

Page 7 of 9

*Received*
*22 MAY 17*
*mon*

EEOC Form 161 (11/16)

## U.S. Equal Employment Opportunity Commission

### Dismissal and Notice of Rights

| | |
|---|---|
| To:  **Robert Klein**<br>**1148 South Drive**<br>**N. Merrick, NY 11566** | From:  **New York District Office**<br>**33 Whitehall Street**<br>**5th Floor**<br>**New York, NY 10004** |

| | |
|---|---|
| ☐ | *On behalf of person(s) aggrieved whose identity is*<br>*CONFIDENTIAL (29 CFR §1601.7(a))* |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16G-2017-00281 | **Holly M. Woodyard,**<br>**State & Local Program Manager** | **(212) 336-3643** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☒ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

**Kevin J. Berry,**
**District Director**

May 18, 2017
*(Date Mailed)*

Enclosures(s)

cc:

**Attn: Director of Human Resources**
**BROOKHAVEN HEALTH CARE FACILITY**
**801 Gazzola Dr.**
**East Patchogue, NY 11772**

*Page 8 of 9*

*17 NOV16*
*Thur*



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**New York District Office**

33 Whitehall Street, 5th Floor
New York, NY 10004-2112
General Information: (800) 669-4000
District Office: (212) 336-3620

November 08, 2016

Robert Klein F.
1148 South Drive
N. Merrick, NY 11566

Re:     EEOC Inquiry No. 520-2017-00250

Dear Mr. Klein:

I am in receipt of the material you submitted to our office regarding your complaint of discrimination against Brookhaven HealthCare Facility.

Our records reflect that you have filed a complaint with the New York State Division of Human Rights ("NYSDHR"), Complaint No. 16G-2017-00281C that contains substantially the same allegations as the above inquiry. The work sharing agreement by which the EEOC and the NYSDHR abide precludes the same complaint from being investigated by the two agencies at the same time.

NYSDHR will continue to process your complaint, and you will have the opportunity to request a Notice of Right to Sue from the EEOC in order to pursue your NYSDHR complaint in federal court once the complaint filed with the NYSDHR has been pending for 180 days, if you so choose.

The EEOC will take no further action on the material you submitted. It will be retained by our office for 30 days.

Thank you for contacting the EEOC.

Sincerely,

Carlos Jacome
Investigator

cc:     Judy Butcher, Director FCU/EEO
        New York State Division of Human Rights
        1 Fordham Plaza, 4th Floor
        Bronx, NY 10458

*Page 9 of 9  +  attachments*

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

# PRIORITY
# ★ MAIL ®

DATE OF DELIVERY SPECIFIED *

USPS TRACKING™ INCLUDED *

INSURANCE INCLUDED

PICKUP AVAILABLE
* Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

P S 0 0 0 0 1 0 0 0 0 1 4

EP14F July 2013
OD: 12.5 x 9.5

Expected Delivery Day: 08/17/2017

## USPS TRACKING NUMBER

9505 5118 0588 7226 0788 36

VISIT US AT USPS.COM ®
ORDER FREE SUPPLIES ONLINE

UNITED STATES
POSTAL SERVICE ®

UNITED STATES
POSTAL SERVICE ®


1006

11722

81252
AUG 14 17
AMOUNT

$6.65

R2304W121711-03

FROM:
Robert Klein
PO Box 1512
535 Brittany Rd
Westcliffe, CO 81252

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 17 2017 ★
LONG ISLAND OFFICE

TO:
U.S. District Court -
Office of the Clerk
100 Federal Plaza
Central Islip, NY 11722

Endorse
Clerk

Forward District of NY.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 17 2017 ★
LONG ISLAND OFFICE

EDNY

